BEFORE THE THIRD DIVISION, OCTOBER 6, 1966

**No. P66/255.**—Taiyo Trading Co. and American Customs Brokerage Co. *v.* United States, protests 60/4883, etc. (Honolulu).

DONLON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso Peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.

**No. P66/256.**—B. Westergaard & Co., Inc. *v.* United States, protest 65/19140 (New York).

DONLON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of potato starch similar in all material respects to that the subject of *R. U. Delapenha & Co., Inc.* v. *United States* (52 Cust. Ct. 267, Abstract 68309), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 11, 1966

**No. P66/257.**—Gessler Products Corp. *v.* United States, protest 63/14962 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of forks similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), the claim of the plaintiff was sustained.